**DISMISS; and Opinion Filed December 15, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01323-CV

### JAMES L. ROSS, Appellant

### V.

### JAMES S. BELL, Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-02418-C**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang, and Justice Brown
Opinion by Justice Brown

Stating that all matters in controversy between the parties have been settled, appellant has

filed a motion to dismiss the appeal with prejudice. *See* TEX. R. APP. P. 42.1(a)(1). We grant the

motion to the extent we dismiss the appeal. *See id.*, 43.2(f).

/Ada Brown/
ADA BROWN
JUSTICE

151323F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

JAMES L. ROSS, Appellant

No. 05-15-01323-CV          V.

JAMES S. BELL, Appellee

On Appeal from the County Court at Law No. 3, Dallas County, Texas
Trial Court Cause No. CC-15-02418-C.
Opinion delivered by Justice Brown. Chief Justice Wright and Justice Lang participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Subject to any agreement between the parties, we **ORDER** appellee James S. Bell recover his costs, if any, of this appeal from appellant James L. Ross.

Judgment entered this 15th day of December, 2015.